IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00274-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. STEVEN SABEL,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    It is ORDERED that the trial preparation conference in this case is re-set for **August 3, 2010 at 9:00 a.m.** It is further

    **ORDERED** that a hearing on all pending motions is set for **July 22, 2010 at 2:00 p.m.**

    DATED July 7, 2010.