IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00274-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. STEVEN SABEL,

    Defendant.
_____

**MINUTE ORDER SETTING CHANGE OF PLEA HEARING**
_____

**Entered by Judge Philip A. Brimmer**

    A Notice of Disposition was filed on July 16, 2010 [Docket No. 18]. It is

    **ORDERED** that counsel shall jointly contact Chambers via conference call (303-335-2794) no later than **Wednesday, July 21, 2010** to schedule a change of plea hearing. It is further

    ORDERED that the hearing on motions previously scheduled for **July 22, 2010 at 2:00 p.m.** is VACATED.

    DATED July 19, 2010.