IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: October 1, 2010 |
| Court Reporter: Janet Coppock | Time: 27 minutes |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO. 10-CR-00274-PAB**

Parties                                              Counsel

**UNITED STATES OF AMERICA,**                        Ryan Bergsieker

      Plaintiff,

vs.

**STEVEN SABEL,**                                    Nicole Rodarte

      Defendant.

## CHANGE OF PLEA

**10:36 a.m.**   COURT IN SESSION

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**Court Exhibit One** - Plea Agreement;  **Court Exhibit Two** - Statement by Defendant in Advance of Plea of Guilty tendered to the Court.

Defendant sworn and answers true name;  Defendant is **34** years old.

Defendant advised of maximum penalties.

Defendant advised of the sentencing guidelines.

Defendant advised of the potential of long term imprisonment.

Defendant's right to trial to jury and other constitutional rights explained.

Defendant pleads **GUILTY** to count **I of the Indictment.**

The Court finds that the defendant has voluntarily, knowingly and intelligently entered a plea of guilty. The Court finds that the defendant's plea is not the result of mistake, misunderstanding, fear coercion or undue influence.

The Court finds the defendant's plea is not a result of any promises or representation made to him by anyone including his own attorney except as to those matters disclosed in open court and included in the parties' plea.

The Court finds the defendant understands each of his legal rights in this case, including his right to trial by jury. The defendant understands the maximum sentence of imprisonment, the maximum fine, special assessment fee and terms of supervised release that the Court may impose under the terms of his plea agreement.

The Court also finds that there is a factual basis supporting the plea agreement and finds that the defendant has been represented throughout these proceedings by a competent and effective counsel with whom he has no objection, criticism or complaint.

**ORDERED:** Defendant's plea of **GUILTY** is **ACCEPTED** the defendant is adjudged guilty of the offense(s) he has pled to.

**ORDERED:** Court Exhibits One and Two are **ADMITTED.**

**ORDERED:** The Court defers approval of the plea agreement pending preparation of the presentence report.

**ORDERED:** Any pending pretrial motions are deemed **MOOT**.

**ORDERED:** Sentencing is set for **December 17, 2010 at 11:00 a.m.**

Defendant advised to cooperate with the probation officer in preparation of the presentence report.

Page Three
10-CR-00274-PAB
October 1, 2010

**ORDERED:** Defendant's Motion for Return of Property $111.00 of Seized Currency (Doc #250, filed 9/22/10, is **GRANTED** and shall be returned to the defendant or the defendant's designee.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**11:03 a.m.     COURT IN RECESS**

Total in court time:      27 minutes

**Hearing concluded**